UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KYLIE BROWN, individually and in her capacity as the legal and personal representative of her minor children BRAEDYN BROWN and KINSLEY BROWN, HEATHER STEPHENSON, individually and in her capacity as the legal and personal representative of her minor child PAISLEIGH STEPHENSON, MISTY FERRINGTON, individually and in her capacity as the legal and personal representative of her minor child KARLEY FERRINGTON, JILL ROBINSON in her capacity as the legal and personal representative of her minor child KENNEDY ROBINSON and SHANDALYN SHARBONO | * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 21-355<br><br>JUDGE:<br><br>MAG. JUDGE:<br><br><u>JURY TRIAL REQUESTED</u> |
| VERSUS | * * | |
| YARING'S OF TEXAS, INC. dba HUDSON MARINA | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**COMPLAINT FOR DAMAGES**</u>

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, **KYLIE BROWN, individually and in her capacity as the legal and personal representative of her minor children BRAEDYN BROWN and KINSLSEY BROWN, HEATHER STEPHENSON, individually and in her capacity as the legal and personal representative of her minor child PAISLEIGH STEPHENSON, MISTY FERRINGTON, individually and in her capacity as the legal and personal representative of her minor child KARLEY FERRINGTON, JILL ROBINSON in her capacity as the legal and personal representative of her minor child,**

1

**KENNEDY ROBINSON and SHANDALYN SHARBONO,** and with respect file the following Complaint for Damages and appropriate ancillary relief:

I.

This Honorable Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1333 and 28 USC §1332. Venue is proper in accordance with 28 U.S.C. § 1391(b)(2).

II.

This case is brought pursuant to the Constitution and Laws of the United States of America and the State Alabama under the General Admiralty and Maritime Law. Plaintiffs bring this admiralty suit pursuant to the "Saving to Suitors" clause, 28 U.S.C. § 1333, as well as the laws of the State of Alabama.

III.

Plaintiff, Kylie Brown, is a person of the full age of majority, domiciled in the Parish of Richland, State of Louisiana. Kylie Brown is the natural parent of her minor children Braedyn Brown and Kinsley Brown, both of whom are domiciled with her. Kylie Brown brings the present action in her own right and as the legal and personal representative on behalf of her minor children Braedyn Brown and Kinsley Brown.

IV.

Plaintiff, Heather Stephenson, is a person of the full age of majority, domiciled in the Parish of Richland, State of Louisiana. Heather Stephenson is the natural parent of her minor child Paisleigh Stephenson, who is domiciled with her. Heather Stephenson brings the present action in her own right and as the legal and personal representative on behalf of her minor child Paisleigh Stephenson.

V.

Plaintiff, Misty Ferrington, is a person of the full age of majority, domiciled in the Parish of Franklin, State of Louisiana. Misty Ferrington is the natural parent of her minor child Karley Ferrington, who is domiciled with her. Misty Ferrington brings the present action in her own right and as the legal and personal representative on behalf of her minor child Karley Ferrington.

VI.

Plaintiff, Jill Robinson, is a person of the full age of majority, domiciled in the Parish of Franklin, State of Louisiana. Jill Robinson is the natural parent of her minor child Kennedy Robinson, who is domiciled with her. Jill Robinson brings the present action in her capacity as the legal and personal representative on behalf of her minor child Kennedy Robinson.

VII.

Plaintiff, Shandalyn Sharbono, is a person of the full age of majority, domiciled in the Parish of Richland, State of Louisiana.

VIII.

The Defendant named herein is:

(1) **YARING'S OF TEXAS, INC, dba HUDSON MARINA,** a foreign corporation, authorized to do and doing business in the State of Alabama with its principal place of business located in Baldwin County, AL, specifically, Orange Beach, AL at the following address: 4575 South Wilson Blvd., Orange Beach, AL 36561.

IX.

Defendant, **YARING'S OF TEXAS., INC., dba HUDSON MARINA** (hereinafter referred to as "Hudson Marina"), engages in the for-profit business of providing recreational

3

marine services throughout the coastal waters of the State of Alabama and the Gulf of Mexico, including but not limited to fishing charters, dolphin cruises, "pirate adventures," boat rentals, parasailing, jet ski / sea-doo rentals and dinner cruises.

X.

Defendant is truly and justly indebted to plaintiffs herein for any and all damages sustained as a result of an incident that occurred in the territorial waters of the United States of America, State of Alabama, on or about May 23, 2020.

XI.

On or about May 23, 2020, Plaintiffs herein were on vacation in Orange Beach, AL.  During the course of their vacation, Plaintiffs decided that it might be fun to go on a "Jet Boat" ride together, and as such, engaged the services of Defendant whom they found online who offered such a recreational boating service in the area.

XII.

Defendant, **YARING'S OF TEXAS, INC, dba HUDSON MARINA**, owns a fleet of vessels, and other watercraft, which are berthed at their marina in Orange Beach, and on the date of the events in question, were engaged to bring Plaintiffs on its "Jet Boat" the M/V SCREAMING EAGLE when Defendant was hired by Plaintiffs to take them for a pleasure ride.

XIII.

Upon information and belief, at or around 2:00 pm on the date in question, Plaintiffs boarded the M/V SCREAMING EAGLE for the pleasure ride.  Shortly after leaving the dock, the boat slowly began to pick up speed as was to be expected.  However, suddenly and without warning, the vessel operator "hit the gas" causing the vessel to travel airborne and causing the passengers, including Plaintiffs, to violently fly up and down from their seats in the air.  At one

particular point during the ride, the vessel operator recklessly ran his vessel into a wave so hard that he caused the boat to fly almost completely vertical before she violently crashed back down to the water, all reckless actions of which caused severe and disabling injuries to Plaintiffs aboard the vessel, including but not limited to back, neck, head, arm and leg injuries, among others.

XIV.

The incident that occurred on or about May 23, 2020 resulting in severe and disabling injuries to Plaintiffs, was caused solely and exclusively by the negligence and fault of defendant, **YARING'S OF TEXAS, INC, dba HUDSON MARINA**, in the following non-exclusive particulars:

a. Travelling at an excessive and unsafe rate of speed;

b. Failing to ensure plaintiffs were properly and securely seated on the vessel;

c. Failing to board all passengers aboard the vessel in a safe and prudent manner;

d. Failing to provide plaintiffs with a safe and non-hazardous pleasure boat ride;

e. Failing to prudently operate the vessel in question;

f. Failing to use reasonable vigilance while operating the boat;

g. Failing to have safe and adequate seating and/or secured seating aboard the vessel;

h. Failing to keep a proper lookout;

i. Operating the vessel recklessly and without due caution;

j. Operating the vessel while inattentive or distracted;

k. Failing to see what should have been seen and do what should have been done in order to prevent the accident sued upon herein;

l.  Operating the vessel in a wanton and reckless manner with no regards for the rights and safety of others;

m.  Failing to maintain proper control of the vessel;

n.  Failing to maintain a safe distance from passing sea swells;

o.  Failing to operate the vessel at a safe speed;

p.  Failing to properly supervise the task being performed;

q.  Failing to adequately inspect its vessel and keep it in a safe and operable condition;

r.  Failing to properly and/or adequately train and/or supervise its captain and crew members and/or all other workers in the performance of their duties;

s.  Failing to provide adequate manning for the tasks at hand;

t.  Failing to properly equip its crew members and/or all other workers;

u.  Failing to properly and reasonably select and implement an overall plan to complete the voyage at hand in a safe and non-hazardous manner;

v.  Failing to devise and implement an adequate safety protocol and safety watch;

w.  Disregarding rules and/or regulations created for the safety of vessel passengers;

x.  Negligent operation of a motor vessel;

y.  Creating and/or allowing an unsafe condition and/or environment on the deck of vessel;

z.  Ordering and/or allowing and/or directing the unsafe vessel operations in question;

aa.  Negligent hiring practices;

bb.  Other negligent acts and/or omissions to be shown at the trial of this action.

XV.

Upon information and belief, at all times pertinent hereto, the vessel operator in question was acting in the course and scope of his employment with defendant **YARING'S OF TEXAS, INC, dba HUDSON MARINA**, thus rendering Defendant also vicariously liable to Plaintiffs under the theory of *respondeat superior*.

XVI.

Plaintiffs were not negligent in any way, and did not contribute to the accident complained of herein.

XVII.

Plaintiffs further specifically plead the doctrine of *res ipsa loquitur* in that the accident and injuries and damages would not have occurred in the absence of the negligence of Defendant.

XVIII.

As a result of the accident described herein, Plaintiffs, have incurred the following non-exclusive damages:

    a. Past, present and future physical pain and suffering;

    b. Past, present and future mental and emotional pain and suffering;

    c. Past, present and future medical expenses;

    d. Past, present and future loss of wages and fringe benefits;

    e. Impairment of future earning capacity;

    f. Loss of enjoyment of life;

    g. Permanent Disability;

    h. Punitive Damages;

    i. Attorneys' Fees, and

      j.    Other elements of damages to be shown at the trial of this matter.

XIX.

Plaintiffs request a trial by jury.

**WHEREFORE**, Plaintiffs, **KYLIE BROWN, individually and in her capacity as the legal and personal representative of her minor children BRAEDYN BROWN and KINSLSEY BROWN, HEATHER STEPHENSON, individually and in her capacity as the legal and personal representative of her minor child PAISLEIGH STEPHENSON, MISTY FERRINGTON, individually and in her capacity as the legal and personal representative of her minor child KARLEY FERRINGTON, JILL ROBINSON in her capacity as the legal and personal representative of her minor child, KENNEDY ROBINSON and SHANDALYN SHARBONO,** pray that defendant, **YARING'S OF TEXAS, INC, dba HUDSON MARINA**, be served with a certified copy of this Complaint for Damages and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of Plaintiffs, and against Defendant for all damages that are reasonable in the premises together with legal interest and for all costs of these proceedings; and

Finally, Plaintiff prays for all general and equitable relief to which he may otherwise be entitled.

Respectfully Submitted:

_____
Joshua L. Strickland (AL. Bar No. STR030)
HALES & STRICKLAND
802 Julia Street
PO Drawer 149
Rayville, Louisiana 71269
Phone: 318-728-4413
Fax: 318-728-6773
*Attorneys for Plaintiffs*