**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **YARING'S OF TEXAS, INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION 1:21-00355-KD-C** |
| ) | |
| **ATLANTIC SPECIALITY INSURANCE** ) | |
| **COMPANY,** ) | |
| Defendant. ) | |

**ORDER**

This matter came before the Court for a trial by jury January 9-10, 2023, with United States District Judge Kristi K. DuBose presiding. The jury was selected on January 3, 2023. The jury was sworn in on January 9, 2023 and trial commenced. Plaintiffs presented its case-in-chief and rested on January 10, 2023. Defendant moved for judgment as a matter of law at the close of Plaintiff's evidence which was denied, as set forth on the record. Defendant presented its case-in-chief and rested on January 10, 2023. Defendant moved for judgment as a matter of law at the close of all evidence which was denied, as set forth on the record. On January 10, 2023, the Court held the final jury charge conference with counsel, and the parties gave their closing arguments. The Court charged the jury on the applicable law and the jury commenced their deliberations. On January 10, 2023, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned the verdict, a copy of which is attached hereto, in open court with counsel present.

**DONE** and **ORDERED** this the **12th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1